IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICKY DURANT LUMSEY, | Case No. C 15-0950 PSG (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| SUPERVISOR B. RYAN, | |
| Defendant. | |

On March 2, 2015, Ricky Durant Lumsey, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against his work supervisor at California State Prison in Sacramento, California. Lumsey is complaining of events that occurred to him in Sacramento County. Because Sacramento County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[1] Accordingly, this case is TRANSFERRED to the Eastern District of California.[2] The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 3/17/2015

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).

Case No. C 15-0950 PSG (PR)
ORDER OF TRANSFER